JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN BROCK, an individual, | Case No. |
| Plaintiff, | EDCV 12-01745 DDP (OPx) |
| v. | **ORDER REMOVING CASE FROM ACTIVE CASELOAD** |
| ATRIA MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company, | |
| Defendant. | |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending calendar dates are vacated by the Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 17, 2013

DEAN D. PREGERSON
United States District Judge