1
2
3
4
5
6
7                                                                 <mark>CLOSED</mark>
8
9
10
11            **IN THE UNITED STATES DISTRICT COURT FOR THE**
12                    **CENTRAL DISTRICT OF CALIFORNIA**
13

14  CAROLYN BROCK, an individual,    ) CASE NO.:  5:12-cv-01745-DDP-OP
                                     )
15           Plaintiff,              )
                                     ) **ORDER FOR DISMISSAL**
16                                   )
       vs.                           )
17                                   )
    ATRIA MANAGEMENT COMPANY,        )
18  LLC,                             )
                                     )
19           Defendant.              )
                                     )
20                                   )

21
22
23       Having read and considered Plaintiff CAROLYN BROCK and Defendant
24  ATRIA MANAGEMENT COMPANY, LLC's stipulation for dismissal with
25  prejudice, and all pleadings and exhibits on file with this court, and good cause
26  appearing therefore,
27
28

1    IT IS HEREBY ORDERED that this action is dismissed as against
2 Defendant ATRIA MANAGEMENT COMPANY, LLC, in its entirety, with
3 prejudice.  Each party to bear his/her/its own costs and attorney fees.

5 IT IS SO ORDERED.

7 Dated: November 26, 2013

_____
U.S. District Judge
Dean D. Pregerson